# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00263-CV

---

**Author Manning The II and The Graphic Knights, Appellants**

**v.**

**Sony and Sony Playstation, Appellees**

---

**FROM THE JUSTICE COURT PRECINCT 3 OF TRAVIS COUNTY**
**NO. J2-CV-21-001083**
**THE HONORABLE PAMELA SUSAN LANCASTER, JUDGE PRESIDING**

---

### NO. 03-21-00264-CV

---

**Author Manning The II and The Graphic Knights, Appellants**

**v.**

**Nintendo, Appellee**

---

**FROM THE JUSTICE COURT PRECINCT 3 OF TRAVIS COUNTY**
**NO. J2-CV-21-001053**
**THE HONORABLE PAMELA SUSAN LANCASTER, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Author Manning The II has filed two notices of appeal[1] complaining of

dismissal orders signed by the Travis County Justice of the Peace, Precinct 2. Our jurisdiction,

---

[1] Appellant's notices of appeal each reference a specific justice-court cause number—in cause number 03-21-00263-CV, he referenced J2-CV-21-001083, and in cause number 03-21-00264-CV, referenced J2-CV-21-001053. However, he attached to the notices of appeal a total of twenty-six dismissals that are identical except for their justice-court cause numbers and the defendants' names (nine name Nintendo and seventeen name Sony and Sony Playstation).

however, is limited to appeals from judgments by the district or county courts in our district boundaries. *See* Tex. Gov't Code Ann. § 22.220(a). An appeal from an order rendered by a justice court generally must be brought in the county court. Tex. Civ. Prac. & Rem. Code § 51.001(a) (appeal from final judgment by justice court is to county or district court); *Molina v. Molina*, No. 03-19-00101-CV, 2019 WL 2127893, at *1 (Tex. App.—Austin May 16, 2019, no pet.) (mem. op.); *Whisenhunt v. Hill*, No. 02-12-00310-CV, 2012 WL 3733868, at *1 (Tex. App.—Fort Worth Aug. 30, 2012, no pet.) (mem. op.).

We asked appellant how we might exercise jurisdiction over these appeals. He responded with a "Motion to Appeal," in which he states that he "would like to Appeal the dismissal concerning motion to Dismiss because of jurisdictions," that "[t]he Defendant does operate in Travis County," that "[b]y State Jurisdictions Rules a business can be sued by any county district theu operate a business in," and that "[t]he Defendant operates business in Travis County." This response, however, does not explain how this Court might exercise jurisdiction over appellant's attempted appeals from the justice court's orders. We therefore dismiss both appeals for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Dismissed for Want of Jurisdiction

Filed: July 9, 2021

2